# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-00008-02-CR-W-HFS |
| | ) |
| BAILEE ANNA MARIA PRIETO, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

Defendant Bailee Anna Maria Prieto, by consent, appeared before me on August 20, 2020, pursuant to Federal Rule of Criminal Procedure 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636, and has entered a plea of guilty to the offense charged in the superseding indictment. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Federal Rule of Criminal Procedure 11, I determined the guilty plea was knowledgeable and voluntary, and the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A copy of the transcript of the proceeding is available. I therefore recommend that the plea of guilty be accepted and that Defendant be adjudged guilty and the sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within 14 days from the date of its filing shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

/s/ JOHN T. MAUGHMER
JOHN T. MAUGHMER
United States Magistrate Judge

Kansas City, Missouri