# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA    )
                                 )
Plaintiff,                )
                                 )
     v.                    )     Case No. 19-00008-CR-W-HFS
BAILEE ANNA MARIA PRIETO    )
                                 )
                                 )
                                 )
Defendant.             )

**ORDER**

At a Change of Plea Hearing held on August 20, 2020, before Magistrate Judge John T. Maughmer, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11 to Count Three of the Superseding Indictment.

In a Report and Recommendation dated August 20, 2020 (Doc. 75), and September 8, 2020 (Doc. 76), Judge Maughmer determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation in (Docs. 75 and 76) and ACCEPT

defendant's guilty plea and direct the Clerk to enter it. A Presentence

Investigation Report shall be filed within 120 days.


s/ HOWARD F. SACHS_____
HOWARD F. SACHS
United States District Judge

Dated:  November 5, 2020
Kansas City, Missouri